IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

PHILIP R. SHAWE, ET AL.

v.

ANDRE G. BOUCHARD

CIVIL ACTION NO. 1:20-CV-01770

_____

**DESIGNATION OF DISTRICT JUDGE**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I do hereby designate and assign the Honorable Mark A. Kearney of the United States District Court for the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

      s/ D. Brooks Smith
D. Brooks Smith, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  January 6, 2021