### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP R. SHAWE, *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1770 |
| | : | |
| ANDRE G. BOUCHARD | : | |

## <u>ORDER</u>

**AND NOW**, this 9th day of February 2021, upon considering Plaintiff's Amended Complaint (ECF Doc. No. 12), it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 5) is **DENIED as moot**.

_____
**KEARNEY, J.**